UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JUAN CARLOS CRUZ-CALIX,         )
                                         )
             Petitioner,        )
                                         )
             v.                )      No. 2:26-cv-00388-MPB-MG
                                       )
BRISON SWEARINGEN, *et al.*,     )
                                       )
             Respondents.     )

**ORDER TO FILE AMENDED PETITION**

Petitioner, Juan Carlos Cruz-Calix, filed a petition for a writ of habeas corpus alleging that he is unlawfully detained at the Clay County Jail since April 27, 2026, at the direction of U.S. Immigration and Customs Enforcement ("ICE") pursuant to I-200 and I-205 warrants. Dkt. 1 at ¶ 16. Petitioner alleges that he is detained pursuant to 8 U.S.C. § 1231. Dkt. 1 at ¶ 50. This section applies when a removal order has been issued, which then requires the United State Attorney General to remove the noncitizen within 90 days. 8 U.S.C. § 1231(a)(1). The subsection also requires the noncitizen's detention during the removal period. *See id.* at § 1231(a)(2).

The petition may not proceed as presented because it does not name as respondents all persons allegedly responsible for Petitioner's detention. *See* 28 U.S.C. § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained."). Petitioner asserts that his detention is governed by 8 U.S.C. § 1231(a)(2)(A) but does not name the U.S. Attorney General as a respondent. *See id.* ("During the removal period, the Attorney General shall detain the alien."). The petition only names Brison Swearingen (the Clay County Sheriff), Todd Lyons (Acting Director of ICE), and Markwayne Mullins (Secretary of the Department of Homeland Security).

Petitioner will have **through June 5, 2026**, to file an amended petition identifying all necessary respondents. The Court will issue additional orders once the amended petition has been filed.

**SO ORDERED.**

Dated:  June 2, 2026

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel