UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JUAN CARLOS CRUZ-CALIX, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-00388-MPB-MG |
| | ) | |
| BRISON T. SWEARINGEN, | ) | |
| TODD LYONS, | ) | |
| MARKWAYNE MULLIN, | ) | |
| TODD BLANCHE, | ) | |
| | ) | |
| Respondents. | ) | |

**Order**

Petitioner has filed an emergency motion for temporary restraining order, dkt. 6, seeking his return to this judicial district after he was transferred from the Clay County Jail in Indiana to the Greene County Jail in Missouri. Petitioner also asks the Court to issue an order to show cause to Respondents why they should not be held in contempt for transferring him outside the Court's judicial district. Finally, Petitioner also seeks to substitute as a respondent, Jim Arnott, the Sheriff of Green County, in lieu of Brison Swearingen. *See Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004).

Federal Respondents have through **June 10, 2026**, to file a response. Petitioner has through **June 12, 2026**, to reply.

Petitioner's request to substitute parties is **granted in part**. The **Clerk is directed** to add Jim Arnott to the docket as a respondent. Petitioner is **ordered** to serve a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on Mr. Arnott consistent with Rule 4 of the Federal Rules of Civil Procedure. Along with the petition, amended petition, and any exhibits,

service must include the Court's order to show cause, dkt. [7] and this order.

     **IT IS SO ORDERED.**

Dated:  June 9, 2026

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel